**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **WILLIAMS ALBERTO GORDILLO-JIMENEZ,** | § | |
| **Petitioner,** | § | |
| | § | |
| | § | **EP-26-CV-00805-DB** |
| **v.** | § | |
| | § | |
| **MARKWAYNE MULLIN**, *U.S. Secretary* | § | |
| *of Homeland Security, et al.*, | § | |
| **Respondents.** | § | |

**<u>ORDER</u>**

On this day, the Court considered the above-captioned case. On April 23, 2026, the parties

filed a "Notice to the Court," ECF No. 6. Therein, the parties advise that

> [p]ursuant to this Court's order issued on March 30, 2026, ECF No. 4, Respondents file this notice with the Court. Parties have conferred on whether there are any remaining matters with the Court. Petitioner stated that they did not believe the bond hearing provided adequate remedy and intend to raise the issue further with the Court through a motion to enforce. Respondents oppose any motion to enforce. Respondents do not have any remaining matters they wish to bring before the Court in this case.

ECF No. 6 at 1.  After due consideration, the Court issues the following briefing schedule for any

further motions to be brought before the Court for adjudication.

Accordingly, **IT IS HEREBY ORDERED** that Petitioner **SHALL FILE** any motions on

remaining issues **<u>no later than May 1, 2026.</u>**

**IT IS FURTHER ORDERED** that Respondents **SHALL FILE** a response **<u>no later than</u>**

**<u>May 8, 2026.</u>**

**IT IS FURTHER ORDERED** that should Petitioner wish to file a reply, Petitioner shall

file a reply **<u>no later than May 12, 2026.</u>**

**IT IS FINALLY ORDERED** that should the Court not receive any motions or notices before May 1, 2026, the parties are **ADVISED** the Court will issue a final judgment in the matter.

**SIGNED** this **24th** day of **April 2026**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE