**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **WILLIAMS ALBERTO GORDILLO JIMENEZ,** | § | |
| **Petitioner,** | § | |
| | § | **EP-26-CV-00805-DB** |
| **v.** | § | |
| | § | |
| **MARKWAYNE MULLIN,** *et al.*, | § | |
| **Respondents.** | § | |

**FINAL JUDGMENT**

On this day, the Court considered the above-captioned case. On April 24, 2026, the Court issued an order advising the parties that in the event no further motions were filed by May 1, 2026, the Court would issue a final judgment in this case. ECF No. 7. No motions were received within the allotted time frame. Thus, the Court finds no issues remain to be resolved. Because no live issues remain, the Court enters final judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** the District Clerk **SHALL CLOSE** this case.

**SIGNED** this **21st** day of **May 2026**.

**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**